## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:24-CV-00180-KDB

| | |
|---|---|
| **NORRIS HOWELL,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MARTIN O'MALLEY, Commissioner of Social Security,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant's Motion, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the case for further administrative proceedings. (Doc. No. 4). Plaintiff's attorney consents to the Defendant's Motion for Reversal and Remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED.**

Signed: October 29, 2024

Kenneth D. Bell
United States District Judge